1030

No. 98–6585. CAMARILLO *v.* OFFICE OF PERSONNEL MANAGE-
MENT. C. A. Fed. Cir. Certiorari denied.

No. 98–6588. SANCHEZ-SANCHEZ *v.* UNITED STATES. C. A.
9th Cir. Certiorari denied.

No. 98–6589. SHEA *v.* UNITED STATES. C. A. 1st Cir. Cer-
tiorari denied.

No. 98–6591. FENNER ET AL. *v.* UNITED STATES. C. A. 4th
Cir. Certiorari denied.

No. 98–6593. EMIGH *v.* UNITED STATES. C. A. 11th Cir. Cer-
tiorari denied.

No. 98–6595. DOGGETT *v.* SENKOWSKI, SUPERINTENDENT,
CLINTON CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari
denied.

No. 98–6598. BAIG *v.* UNITED STATES. C. A. 2d Cir. Cer-
tiorari denied.

No. 98–6600. EVANS *v.* UNITED STATES. C. A. D. C. Cir.
Certiorari denied.

No. 98–6602. HUGHEY *v.* UNITED STATES. C. A. 5th Cir.
Certiorari denied.

No. 98–6603. FRAZIER *v.* WILLIAMS, WARDEN, ET AL. C. A.
10th Cir. Certiorari denied.

No. 98–6606. NAVARRO-SALCEDO *v.* UNITED STATES. C. A.
11th Cir. Certiorari denied.

No. 98–6607. MITCHELL *v.* UNITED STATES. C. A. 4th Cir.
Certiorari denied.

No. 98–6608. MOORE *v.* UNITED STATES. C. A. 8th Cir. Cer-
tiorari denied.

No. 98–6610. TRAYLOR *v.* UNITED STATES. C. A. 6th Cir.
Certiorari denied.

No. 98–6611. PITT *v.* UNITED STATES. C. A. 4th Cir. Cer-
tiorari denied.